929 A.2d 1090

IN THE MATTER OF JEFFRY F. NIELSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 027511990).

September 6, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 07–043 and DRB 07–105, concluding that **JEF-
FRY F. NIELSON,** formerly of **NEWARK,** who was admitted to
the bar of this State in 1990, should be suspended from the
practice of law for a period of six months for violating *RPC* 1.1(b)
(pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure
to communicate with clients), *RPC* 1.5(b) (failure to communicate
the rate or basis of a fee in writing) and *RPC* 8.1(b) (failure to
cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JEFFRY F. NIELSON** is suspended
from the practice of law for a period of six months and until the
further Order of the Court, effective immediately; and it is
further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's fail-
ure to comply with the Affidavit of Compliance requirement of
*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review
Board from considering respondent's petition for reinstatement
for a period of up to six months from the date respondent files
proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.